# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Vincent V. Huntley,                      :
                 Petitioner     :
                               :
         v.                        :      No. 1202 C.D. 2016
                               :
Pennsylvania Department        :
of Corrections,                      :
              Respondent   :

# **O R D E R**

NOW, April 25, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge